# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0261
_____

ASHER EZEKIEL MARTIN,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Proceeding.

December 4, 2024

PER CURIAM.

DISMISSED. *See Mack v. State*, 380 So. 3d 1248, 1248–49 (Fla. 1st DCA 2024) (dismissing because there "cannot be a cognizable claim for ineffective assistance of appellate counsel" once a panel of this court, in the underlying appeal, has conducted the supreme court's mandated *Anders* review—under which the panel "presumably conducted its own 'full and independent review of the record to discover any arguable issues apparent on the face of the record'"—and affirmed, effectively having "determin[ed] that the appellant [] received his constitutionally guaranteed right to effective assistance from counsel").

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Asher Ezekiel Martin, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.